IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY COMPTON**     **PLAINTIFF**
**ADC # 137594**

V.     **CASE NO. 4:20-CV-00148-BSM**

**CAGNEY JARROD PICKETT,** *et al.*     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia Harris's partial recommended disposition [Doc. No. 25] is adopted, and Anthony Compton's motion for summary judgment [Doc. No. 24] is denied.

IT IS SO ORDERED, this 22nd day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE