# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY COMPTON**  **PLAINTIFF**
**ADC #137594**

v.   CASE NO. 4:20-CV-00148-BSM

**CAGNEY PICKETT,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia Harris's partial recommended disposition [Doc. No. 53] is adopted. The motion for summary judgment of Danny Crook, Eric Rouse, Grace Washington, Kendall Taybor, and Lloyd Gaynor Jr. [Doc. No. 40] is granted, and those defendants are dismissed without prejudice. Anthony Compton's excessive force claim against Cagney Pickett may proceed.

IT IS SO ORDERED, this 23rd day of November, 2020.

　　　　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE