IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY COMPTON                                                              PLAINTIFF

v.                              No: 4:20-cv-00148 BSM-PSH

CAGNEY JARROD PICKETT                                                     DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Anthony Compton filed a complaint pursuant to 42 U.S.C. § 1983 on February 12, 2020 (Doc. No. 2). Before the Court is a Motion to Dismiss filed by Defendants Danny Cook, Lloyd Gaynor, Cagney Pickett, Eric Rouse, Kendall

Tabor, and Grace Washington (the "Defendants") (Doc. No. 64).[1] The Defendants move to dismiss this case because Compton has failed to comply with an order directing him to answer discovery requests.

On August 20, 2021, Defendant Cagney Pickett filed a motion to compel responses to discovery requests, identified as First Set of Interrogatories and Requests for Production of Documents (Doc. No. 58). The Defendants attached to their motion a copy of the April 30, 2021 letter sent to Compton enclosing their discovery requests, and also attached a copy of the August 12, 2021 letter in which they sent the requests to Compton once again. Doc. Nos. 58-1 & 58-2. Although he was notified of his opportunity to respond to Pickett's motion, he did not do so. *See* Doc. No. 60.

On September 16, 2021, the Court granted Pickett's motion to compel and ordered Compton to respond to the discovery requests within 30 days (Doc. No. 62). Compton was informed that his failure to comply could result in sanctions, including dismissal of this case. *Id.* On October 28, 2021, the Defendants moved to dismiss this case as a sanction because Compton failed to comply with the Court's order compelling him to respond to discovery requests (Doc. No. 64). Compton was

---

[1] Compton's claims against all the Defendants other than Cagney Pickett were previously dismissed for failure to exhaust available administrative remedies. *See* Doc. Nos. 53 & 55.

notified of the opportunity to file a response to the motion to dismiss (Doc. No. 66), but he did not do so.

Rule 37(d) of the Federal Rules of Civil Procedure allows a district court to dismiss an action when a party fails to respond to discovery requests. *See also Aziz v. Wright*, 34 F.3d 587, 589 (8th Cir. 1994) (no motion to compel is required before dismissal under Rule 37(d)). Likewise, Rule 41(b) of the Federal Rules of Civil Procedure allows a defendant to move to dismiss an action or any claim against it when the plaintiff fails to prosecute or comply with the Rules of Civil Procedure or a court order.

Compton's failure to respond to defendant Pickett's discovery requests is cause for the dismissal of this case, as is his failure to comply with the Court's order compelling such responses. As the plaintiff in this action, Compton is obligated to respond to appropriate discovery requests from the Defendants. Accordingly, the Court recommends that the Defendants' motion (Doc. No. 64) be granted, and this case be dismissed without prejudice.

DATED this 22nd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE