# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY COMPTON**                                                                 **PLAINTIFF**

v.                          **CASE NO. 4:20-CV-00148-BSM**

**CAGNEY JARROD PICKETT**, *et al.*,                                       **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Patricia S. Harris's proposed findings and recommendations [Doc. No. 67] are adopted. Defendants' motion to dismiss [Doc. No. 64] is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE