IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY COMPTON**                                                       **PLAINTIFF**

v.                  **CASE NO. 4:20-CV-00148-BSM**

**CAGNEY JARROD PICKETT**, *et al.*,                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE